# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1880
Lower Tribunal No. 2022-CA-002760

_____

BANKUNITED, N.A.,

Appellant,

v.

KAY BARRINGTON DUNN a/k/a KAY DUNN a/k/a KAY BARRINGTON a/k/a KAY C.
BARRINGTON,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Eric M. Levine, of Atlas | Solomon LLP, Stuart, for Appellant.

Andrew B. Greenlee, of Andrew Greenlee, P.A., Sanford and Anthony N. Legendre,
II, of Law Offices of Legendre & Legendre, PLLC, Maitland, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED